The sentencing currently set for November 4, 2026 is adjourned to November 6, 2026 at 2:30 pm. Accordingly, defense sentencing submissions are due October 23, 2026, and Government submissions are due October 30, 2026.