UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

TOMASZ KURZAJ,

Defendant/Defendants.

---------------------------------------------------------------------X

26-CR-296 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

WHEREAS, with the defendant TOMASZ KURZAJ's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 7, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: October 20, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge