# Law Offices of
# Raymond Elvis Gazer
172 East 161st Street
Bronx, New York 10451
(917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.


***<u>Via Electronic Court Filing</u>***
Honorable Jeannette A. Vargas
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

October 21st, 2026

Re: *United States v. Tomasz Kurzaj*
26-Cr.-00296 (JAV)

Your Honor,

I write to respectfully request a two-month adjournment of Mr. Kurzaj's sentencing which is currently scheduled for Friday, November 6th. To date, the parties have not yet received the final presentence report, and defendant's sentencing submission is currently due this Friday, October 23rd. Without the report, I am unable to adequately prepare a memorandum. Additionally, I ask for an adjournment because I am currently engaged in a lengthy and complex trial in State Supreme Court in Bronx County, and I have been required to devote a substantial amount of time and resources to preparing for it.

The Government does not object to this request. I thank the Court for its consideration of it.

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

CC: The Government
*Via ECF*

Defendant's request for an adjournment of sentencing is granted. Due to the late disclosure of the Presentence Investigation Report to the parties, the sentencing previously scheduled for November 6, 2026 is adjourned to December 8, 2026 at 2:30 pm. Accordingly, defense sentencing submissions are due November 24, 2026; government submissions are due December 1, 2026. The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge

Dated: November 4, 2026